■ The People of the State of New York, Respondent, v John LaValla, Appellant. [763 NYS2d 785] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Geraci, Jr., J.—Burglary, 1st Degree.) Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.